UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 1:08-CR-441 |
| vs. | ) | EDTN Mag. No. 1:11-mj-282 |
| | ) | |
| THERESA YVONNE YOUNG | ) | JUDGE CARTER |

## MEMORANDUM AND ORDER

The defendant appeared for a hearing before the undersigned on December 1, 2011, in accordance with Rules 5 and 5.1 of the Federal Rules of Criminal Procedure for an initial appearance of the defendant on the Indictment and Warrant for Arrest out of the Northern District of Georgia. Those present for the hearing included:

(1) AUSA Annie Svolto for the USA.
(2) The defendant, THERESA YVONNE YOUNG.
(3) Attorney Tony Martinez for defendant.
(4) Deputy Clerk Kelli Jones.

After being sworn in due form of law, the defendant was informed or reminded of her privilege against self-incrimination accorded her under the 5th Amendment to the United States Constitution.

It was determined the defendant wished to be represented by an attorney and she qualified for the appointment of an attorney to represent her at government expense. Federal Defender Services of Eastern Tennessee, Inc. was APPOINTED to represent the defendant. It was ascertained defendant had been provided with a copy of the Indictment and Warrant and had the opportunity of reviewing those documents with her attorney. It was determined the defendant was capable of being able to read and understand the copy of the aforesaid documents she had been provided.

AUSA Svolto called U.S. Probation Officer Brent Starnes as a witness and moved defendant be detained without bail pending a hearing in the Northern District of Georgia. The defendant waived her detention hearing but requested an identity hearing.

### Findings

(1) Explanation of Rule 20 of the Federal Rules of Criminal Procedure were made to the defendant. The defendant requested an identity hearing and said hearing was held. The undersigned found defendant was the person charged in the Indictment. The defendant asked to have a detention hearing in the charging district.

1

## Conclusions

It is ORDERED:

(1) The motion of AUSA Svolto that the defendant be DETAINED WITHOUT BAIL pending her transfer to the Northern District of Georgia is GRANTED.

(2) The U.S. Marshal shall transport defendant to the Northern District of Georgia at Atlanta for a hearing on a date to be determined once defendant is in said district.

ENTER.

s/*William B. Mitchell Carter*
UNITED STATES MAGISTRATE JUDGE